# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF DISCIPLINE
VICKI GRECO, BAR NO. 8476.

No. 78384

**FILED**

APR 05 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S.Young
DEPUTY CLERK

## *ORDER OF DISBARMENT*

This court suspended attorney Vicki Greco from the practice of law in Nevada on April 22, 2016, pursuant to a petition filed under SCR 102(4)(b) that demonstrated that she appeared to have misrepresented facts and submitted false evidence in judicial proceedings and failed to properly safe-keep client funds. *In re Discipline of Greco*, Docket No. 70067 (Order Imposing Temporary Suspension, April 22, 2016). Thereafter, the State Bar filed a complaint alleging that Greco had violated RPC 3.1 (meritorious claims and contentions), RPC 3.3 (candor toward the tribunal), RPC 3.4(a) (fairness to opposing party and counsel), RPC 4.1 (truthfulness in statements to others), and RPC 8.4 (misconduct).

The Southern Nevada Disciplinary Board has filed a petition for Greco's disbarment by consent. *See* SCR 112(2). Under SCR 112, an attorney who is facing a disciplinary proceeding may consent to disbarment by delivering an affidavit that complies with SCR 112(1)(a)-(d). Greco has done so. In particular, the affidavit acknowledges that she has pleaded guilty to three felony offenses and one gross misdemeanor offense related to her conduct in filing or assisting in filing false or forged records on behalf of clients in 91 cases and destroying or instructing others to remove and

19-14853

destroy the false/forged records located in client files and computer records in an effort to conceal her wrongdoing. She further acknowledges that the RPC violations alleged in the bar complaint are based on the conduct she admitted in the criminal case and that she could not successfully defend against the pending disciplinary charges.

Pursuant to SCR 112, attorney Vicki Greco is disbarred. Her disbarment is irrevocable. SCR 102(1). The parties shall comply with SCR 115 and SCR 121.1.

It is so ORDERED.

_____, C.J.
Gibbons

_____, J.
Pickering

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

_____, J.
Cadish

_____, J.
Silver

cc:     Chair, Southern Nevada Disciplinary Board
        Bar Counsel, State Bar of Nevada
        Vicki Greco
        Executive Director, State Bar of Nevada
        Admissions Office, U.S. Supreme Court

SUPREME COURT
OF
NEVADA

(O) 1947A